UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JERRY C. BODY                                  :
9000 Taylor Street
Springdale, MD 20774                           :

    Plaintiff,                             :

vs.                                            :        Civil Case No. _____

UNITED STATES OF AMERICA                       :
Serve:
    Vincent H. Cohen, Jr.                      :
    United States Attorney
    555 4th Street, NW                         :
    Washington, DC 20530
                                               :
Serve Also:
    Loretta E. Lynch                           :
    Attorney General
    Department of Justice                      :
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530                     :

and                                            :

LINWOOD DARNELL DAVIS                          :
5366 Quincy Place
Hyattsville, MD 20784                          :

    Defendants                             :

## COMPLAINT

1.    Jurisdiction is vested in this Court pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671, et seq. and Supplemental Jurisdiction, 28 U.S. Code § 1367.

2.    On May, 18, 2015 plaintiff, Jerry C. Body, filed a notification of claim against the United States of America pursuant to the Federal Tort Claims Act.

-2-

3. By letter dated June 23, 2015 Joseph P. Callahan, Tort Claims Attorney, Department of the Navy, Office of the Judge Advocate General, Tort Claims Unit Norfolk, denied the claim.

4. Plaintiff has exhausted all his administrative remedies.

5. At all times relevant herein, Tyrone McMillian was an employee of the United States of America and was acting within the scope of that employment.

6. At all times relevant herein, plaintiff, Jerry C. Body, was a passenger on a Department of the Navy vehicle operated by Tyrone McMillian.

7. At all times relevant herein, defendant Linwood Darnell Davis was operating a 2004 Ford F-150 truck owned by Brian Green.

8. On or about Tuesday January 6, 2015 at about 2:50 p.m., there was a collision between the Navy vehicle operated by Tyrone McMillian and the truck operated by Linwood Darnell Davis. This collision occurred on Interstate 695 east between Interstate 395 and Interstate 295 in the District of Columbia.

9. This collision was the direct and proximate result of the negligence of Tyrone McMillian and Linwood Darnell Davis as forth *infra* in paragraphs numbered 10 and 11.

10. This collision would not have occurred but for the fact that Mr. McMillian negligently operated his motor vehicle in a careless and reckless manner, negligently failed to keep a proper lookout while operating his motor vehicle, negligently failed to pay full time and attention to the operation of his motor vehicle, negligently changed lanes when it was not safe to do so, negligently failed to operate his vehicle at a

reasonable speed given the weather and road conditions, negligently failed to keep his motor vehicle from colliding with other motor vehicles on the roadway and negligently disregarded the traffic regulations of the District of Columbia then and there in full force and effect.

11. This collision would not have occurred but for the fact that Mr. Davis negligently operated his motor vehicle in a careless and reckless manner, negligently failed to keep a proper lookout while operating his motor vehicle, negligently failed to pay full time and attention to the operation of his motor vehicle, negligently tried to merge into traffic when it was not safe to do so, negligently failed to operate his vehicle at a reasonable speed given the weather and road conditions, negligently failed to keep his motor vehicle from colliding with other motor vehicles on the roadway and negligently disregarded the traffic regulations of the District of Columbia then and there in full force and effect.

12. As a direct and proximate result of the aforesaid negligence of Mr. McMillan, which is attributable to the United States of America, and defendant Linwood Darnell Davis, plaintiff suffered injury to all parts of his body, some of which are believed to be permanent, especially to his back, suffered and will suffer great pain of body and mind, incurred and will incur medical and out-of-pocket expenses and as a result has been damaged in the amount of $50,000.00.

WHEREFORE, the premises considered, plaintiff, Jerry C. Body, demands judgment against defendants, United States of America and Linwood Darnell Davis jointly and severally in the amount of $50,000 plus costs and interest.

-4-

CADEAUX, TAGLIERI, & NOTARIUS, P.C.


__/s/_____Joyce M. Notarius_____
Joyce M. Notarius
Attorney for Plaintiff
1100 Connecticut Avenue, N.W. Suite 800
Washington, D.C.  20036
Telephone (202) 785-3373